# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-51448
Summary Calendar

United States Court of Appeals
Fif h Circuit

**FILED**
September 11, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MAURICIO ESPINOZA-JIMENEZ,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:16-CR-869-1

Before DAVIS, PRADO, and COSTA, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Mauricio Espinoza-Jimenez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Espinoza-Jimenez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

nonfrivolous issue for appellate review.  *See United States v. Pesina-Rodriguez*, 825 F.3d 787, 788 (5th Cir. 2016).  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED in part as frivolous, *see* 5TH CIR. R. 42.2, and in part as moot based on Espinoza-Jimenez's completion of his term of imprisonment, *see United States v. Heredia-Holguin*, 823 F.3d 337, 340-42 (5th Cir. 2016).